**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PAMELA D. HARRIS                                                                    PLAINTIFF


V.                                          NO. 4:08CV00328 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT



## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this

case, with prejudice.  The relief sought is DENIED.

IT IS SO ORDERED this 28th day of August, 2009.


_____
UNITED STATES MAGISTRATE JUDGE